RICHARD C. DALTON, LLC
Richard C. Dalton (Cal. Bar No. )
P.O. Box 358
Carencro, Louisiana 70520
Telephone: (337) 371-0375
E-Mail: rick@rickdaltonlaw.com
Counsel for Plaintiff and the Putative Class

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

**CHRISTIAN A. DALTON,**
**Individually and on Behalf**
**of All Others Similarly Situated,**

**CIVIL ACTION NO:**

**3:21-cv-00697**

**Plaintiffs,**

**v.**

**ROBINHOOD SECURITIES LLC;**
**ROBINHOOD FINANCIAL LLC; AND**
**ROBINHOOD MARKETS, INC.**

**Defendants.**                **JURY TRIAL DEMANDED**

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES

**TO: THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Plaintiffs, **CHRISTIAN A. DALTON,**

**Individually and on Behalf of All Others Similarly Situated**, certify that the following listed parties may have a pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION / INTEREST |
|---|---|

1.   CHRISTIAN A. DALTON                    PLAINTIFF

2.   Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC are privately held companies.

3.   Robinhood Markets, Inc. does not have a parent corporation.

4.   Robinhood Financial LLC and Robinhood Securities, LLC are wholly-owned subsidiaries of Robinhood Markets, Inc.

5.   No publicly held corporation owns 10% or more of the stock of Robinhood Markets, Inc.; Robinhood Financial LLC; or Robinhood Securities, LLC.

RESPECTFULLY SUBMITTED:

BY: /s/ *Richard C. Dalton*
Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520-0358
E-mail: rick@rickdaltonlaw.com
Tel. (337) 371-0375

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2021, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.


_____*Richard C. Dalton*_____
RICHARD C. DALTON