Paul R. Kiesel, State Bar No. 119854
   kiesel@kiesel.law
Jeffrey A. Koncius, State Bar No. 189803
   koncius@kiesel.law
Cherisse H. Cleofe, State Bar No. 290152
   cleofe@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Attorneys for Plaintiff
CHRISTIAN A. DALTON, individually and
on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTIAN A. DALTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD SECURITIES LLC; ROBINHOOD FINANCIAL LLC; and ROBINHOOD MARKETS, INC.,<br><br>Defendant. | Case No. 3:21-cv-00697-KAW<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |

**TO THE CLERK AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Paul R. Kiesel, Jeffrey A. Koncius and Cherisse H. Cleofe hereby appear as attorneys of record for Plaintiff CHRISTIAN A. DALTON. Any and all notices, pleadings, correspondence and communications regarding the above-captioned matter should be electronically served on Kiesel Law LLP via the Court's CM/ECF system using the email addresses set forth above. Any document not served via the Court's CM/ECF system should be sent to:

>Paul R. Kiesel, State Bar No. 119854
>  *kiesel@kiesel.law*
>Jeffrey A. Koncius, State Bar No. 189803
>  *koncius@kiesel.law*
>Cherisse H. Cleofe, State Bar No. 290152
>  *cleofe@kiesel.law*
>**KIESEL LAW LLP**
>8648 Wilshire Boulevard
>Beverly Hills, California 90211-2910
>Tel:    310-854-4444
>Fax:    310-854-0812

DATED:  February 9, 2021                **KIESEL LAW LLP**


By:        */s/ Jeffrey A. Koncius*
           Paul R. Kiesel
           Jeffrey A. Koncius
           Cherisse H. Cleofe

           Attorneys for Plaintiff
           CHRISTIAN A. DALTON, individually and
           on behalf of all others similarly situated

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California