Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
Cherisse H. Cleofe, State Bar No. 290152
  *cleofe@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:    310-854-4444
Fax:   310-854-0812

Attorneys for Plaintiff
CHRISTIAN A. DALTON, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN A. DALTON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ROBINHOOD SECURITIES LLC; ROBINHOOD FINANCIAL LLC; and ROBINHOOD MARKETS, INC., <br><br> Defendant. | Case No. 3:21-cv-00697-KAW <br><br> **NOTICE OF APPEARANCE OF CHERISSE H. CLEOFE** |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Cherisse H. Cleofe hereby appears as attorney of record for Plaintiff CHRISTIAN A. DALTON. Please direct any communications to the following address:

> Cherisse H. Cleofe, State Bar No. 290152
>   cleofe@kiesel.law
> **KIESEL LAW LLP**
> 8648 Wilshire Boulevard
> Beverly Hills, California 90211-2910
> Tel:   310-854-4444
> Fax:   310-854-0812

DATED:  February 10, 2021              **KIESEL LAW LLP**


By:         */s/ Cherisse H. Cleofe*
              Paul R. Kiesel
              Jeffrey A. Koncius
              Cherisse H. Cleofe

              Attorneys for Plaintiff
              CHRISTIAN A. DALTON, individually and
              on behalf of all others similarly situated