Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
Cherisse H. Cleofe, State Bar No. 290152
  *cleofe@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Attorneys for Plaintiff
CHRISTIAN A. DALTON, individually and
on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN A. DALTON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ROBINHOOD SECURITIES LLC; ROBINHOOD FINANCIAL LLC; and ROBINHOOD MARKETS, INC., <br><br> Defendant. | Case No. 3:21-cv-00697-KAW <br><br> **NOTICE OF APPEARANCE OF JEFFREY A. KONCIUS** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jeffrey A. Koncius hereby appears as attorney of record for Plaintiff CHRISTIAN A. DALTON. Please direct any communications to the following address:

Jeffrey A. Koncius, State Bar No. 189803
 koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

DATED:  February 10, 2021             **KIESEL LAW LLP**


                                      By:     */s/ Jeffrey A. Koncius*
                                              Paul R. Kiesel
                                              Jeffrey A. Koncius
                                              Cherisse H. Cleofe

                                              Attorneys for Plaintiff
                                              CHRISTIAN A. DALTON, individually and
                                              on behalf of all others similarly situated