Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
Cherisse H. Cleofe, State Bar No. 290152
  *cleofe@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:    310-854-4444
Fax:    310-854-0812

Attorneys for Plaintiff
CHRISTIAN A. DALTON, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN A. DALTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD SECURITIES LLC; ROBINHOOD FINANCIAL LLC; and ROBINHOOD MARKETS, INC.,<br><br>Defendant. | Case No. 3:21-cv-00697-KAW<br><br>**NOTICE OF APPEARANCE OF PAUL R. KIESEL** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Paul R. Kiesel hereby appears as attorney of record for Plaintiff CHRISTIAN A. DALTON. Please direct any communications to the following address:

Paul R. Kiesel, State Bar No. 119854
 *kiesel@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

DATED:  February 10, 2021              **KIESEL LAW LLP**


By:      */s/ Paul R. Kiesel*
        Paul R. Kiesel
        Jeffrey A. Koncius
        Cherisse H. Cleofe

        Attorneys for Plaintiff
        CHRISTIAN A. DALTON, individually and
        on behalf of all others similarly situated