UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong  
CLERK OF COURT

GENERAL COURT NUMBER  
510-637-3530

February 17, 2021

Re:  **Dalton v. Robinhood Securities, LLC**
     21-cv-00697-KAW

Dear Counsel:

  This matter has been randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial.

  The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

  A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  Plaintiff shall complete the attached form documenting either consent or declination and e-file it with the Court by **March 3, 2021**.  This form can be found on the Court's website at www.cand.uscourts.gov. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

               Susan Y. Soong
               Clerk, United States District Court

               _____
               Doug Merry, Deputy Clerk to
               Magistrate KANDIS A. WESTMORE

1
2
3  UNITED STATES DISTRICT COURT
4  NORTHERN DISTRICT OF CALIFORNIA
5

| | |
|---|---|
| CHRISTIAN A. DALTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBINHOOD SECURITIES, LLC, et al.,<br><br>    Defendants. | Case No.  21-cv-00697-KAW<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )    **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )    **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____        NAME: _____
                                    COUNSEL FOR
                                    (OR "PRO SE"): _____

                                    _____
                                    *Signature*