Paul R. Kiesel, State Bar No. 119854
  kiesel@kiesel.law
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
Cherisse H. Cleofe, State Bar No. 290152
  cleofe@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:     310-854-4444
Fax:    310-854-0812

Richard C. Dalton, State Bar No. 268598
  rick@rickdaltonlaw.com
**RICHARD C. DALTON, LLC**
P.O. Box 358
Carencro, Louisiana 70520
Tel:      (337) 371-0375

Attorneys for Plaintiff CHRISTIAN A. DALTON, Individually and on Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN A. DALTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD SECURITIES LLC; ROBINHOOD FINANCIAL LLC; and ROBINHOOD MARKETS, INC.,<br><br>Defendant. | Case No. 3:21-cv-00697-KAW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PLAINTIFF CHRISTIAN A. DALTON PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |

**DECLARATION OF CHRISTIAN A. DALTON**

I, Christian A. Dalton, declare as follows:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I make this Declaration pursuant to California Civil Code section 1780(d) to state facts showing that this action has been commenced in the proper county for trial in this action.

3. In January 2021, I was barred by Robinhood from placing orders on its platform.

4. I am informed that Defendants Robinhood Securities, LLC, Robinhood Financial, LLC, and Robinhood Markets, Inc. (collectively, "Defendants") are headquartered in Menlo Park, California.

5. To the best of my knowledge, this action has been commenced in the proper judicial district because a substantial part of the transaction giving rise to the liability of Defendants occurred within this district, because Defendants have received substantial compensation from doing business in this district, and because Defendants are subject to the Court's personal jurisdiction with respect to this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 23, 2021, at Carencro, Louisiana.

_____
CHRISTIAN A. DALTON

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Jeffrey A. Koncius, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

                                              /s/ Jeffrey A. Koncius
                                              Jeffrey A. Koncius

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

3   Case No. 3:21-cv-00697-KAW
DECLARATION OF PLAINTIFF CHRISTIAN A. DALTON
PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 8648 Wilshire Boulevard, Beverly Hills, CA 90211-2910.

On February 23, 2021, I served true copies of the following document(s) described as **DECLARATION OF PLAINTIFF CHRISTIAN A. DALTON PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** on the interested parties in this action as follows:

Kevin J. Orsini                                                       Counsel for Defendants
 korsini@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 8th Avenue
New York, NY 10019

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jmendez@kiesel.law to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kiesel Law LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 23, 2021, at Beverly Hills, California.

*[signature]*
Jessica Mendez

Case No. 3:21-cv-00697-KAW
PROOF OF SERVICE