1  C. Brandon Wisoff (State Bar No. 121930)
   Eric D. Monek Anderson (State Bar No. 320934)
2  **Farella Braun + Martel LLP**
3  235 Montgomery Street, 17th Floor
   San Francisco, California 94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5  Email:  emonekanderson@fbm.com
   Email:  bwisoff@fbm.com
6
7  Antony L. Ryan (*pro hac vice* application forthcoming)
   Kevin J. Orsini (*pro hac vice* application forthcoming)
8  Brittany L. Sukiennik (*pro hac vice* application forthcoming)
   **Cravath, Swaine & Moore LLP**
9  New York, NY 10019
   Telephone:  (212) 474-1000
10 Facsimile:  (212) 474-3700
   Email:  aryan@cravath.com
11 Email:  korsini@cravath.com
   Email:  bsukiennik@cravath.com
12
13 Attorneys for Defendants Robinhood
   Financial LLC, Robinhood Securities,
14 LLC, and Robinhood Markets, Inc.

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

                  **OAKLAND DIVISION**
17

18 | CHRISTIAN A. DALTON, individually and on behalf of all others similarly situated, | Case No.: 4:21-cv-00697-HSG |
   | --- | --- |
19 | | |
   | Plaintiff, | |
20 | | **NOTICE OF APPEARANCE** |
   | vs. | |
21 | | |
22 | ROBINHOOD SECURITIES, LLC, a Delaware limited liability company; ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD MARKETS, INC., a Delaware corporation, | |
23 | | |
24 | | |
25 | Defendants. | |

26

27

28

---

*NOTICE OF APPEARANCE*
Case No. 4:21-cv-00697-HSG

1    TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that C. Brandon Wisoff, of Farella Braun + Martel LLP, a limited

3   liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood

4   Financial LLC and Robinhood Securities, LLC.  I am a member of the State Bar of California and

5   am admitted to practice in the Northern District of California.  My address, telephone number and

6   email are as follows:

7          C. Brandon Wisoff (State Bar No. 121930)
           Farella Braun + Martel LLP
8          235 Montgomery Street, 17th Floor
           San Francisco, California 94104
9          Telephone: (415) 954-4400
           Facsimile: (415) 954-4480
10         bwisoff@fbm.com

11         I hereby request that copies of all pleadings and papers filed in connection with the above-

12   captioned action be served upon me.

13

14   Dated:  March 10, 2021                    FARELLA BRAUN + MARTEL LLP

15

16                                             By:    C Brandon Wisoff
                                                     C. Brandon Wisoff
17
                                               Attorneys for Defendants
18                                             ROBINHOOD FINANCIAL LLC, et al.

19   39900\13985557.1

20

21

22

23

24

25

26

27

28

                                              2

NOTICE OF APPEARANCE
Case No. 4:21-cv-00697-HSG