| | |
|---|---|
| 1 | C. Brandon Wisoff (State Bar No. 121930) |
| | Eric D. Monek Anderson (State Bar No. 320934) |
| 2 | **Farella Braun + Martel LLP** |
| 3 | 235 Montgomery Street, 17th Floor |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 954-4400 |
| | Facsimile: (415) 954-4480 |
| 5 | Email: emonekanderson@fbm.com |
| | Email: bwisoff@fbm.com |
| 6 | |
| 7 | Antony L. Ryan (*pro hac vice* application forthcoming) |
| | Kevin J. Orsini (*pro hac vice* application forthcoming) |
| 8 | Brittany L. Sukiennik (*pro hac vice* application forthcoming) |
| | **Cravath, Swaine & Moore LLP** |
| 9 | New York, NY 10019 |
| | Telephone: (212) 474-1000 |
| 10 | Facsimile: (212) 474-3700 |
| 11 | Email: aryan@cravath.com |
| | Email: korsini@cravath.com |
| 12 | Email: bsukiennik@cravath.com |

Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTIAN A. DALTON, individually and on behalf of all others similarly situated, | Case No.: 4:21-cv-00697-HSG |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| ROBINHOOD SECURITIES, LLC, a Delaware limited liability company; ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD MARKETS, INC., a Delaware corporation, | |
| Defendants. | |

*NOTICE OF APPEARANCE*
Case No. 4:21-cv-00697-HSG

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Eric D. Monek Anderson, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address, telephone number and email are as follows:

> Eric D. Monek Anderson (State Bar No. 320934)
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, California 94104
> Telephone: (415) 954-4400
> Facsimile: (415) 954-4480
> emonekanderson@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated: March 10, 2021            FARELLA BRAUN + MARTEL LLP

                                 By: /s/ Eric Monek Anderson
                                     Eric D. Monek Anderson

                                 Attorneys for Defendants
                                 ROBINHOOD FINANCIAL LLC, et al.

39900\13985561.1

NOTICE OF APPEARANCE
Case No. 4:21-cv-00697-HSG