C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: emonekanderson@fbm.com
Email: bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: aryan@cravath.com
Email: korsini@cravath.com
Email: bsukiennik@cravath.com

Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTIAN A. DALTON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROBINHOOD SECURITIES, LLC, a Delaware limited liability company; ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD MARKETS, INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No.: 4:21-cv-00697-HSG<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff Christian A. Dalton ("Plaintiff") and Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. (collectively, "Defendants", and together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint on January 28, 2021 (Dkt. No. 1);

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on February 23, 2021 (Dkt. No. 17);

WHEREAS, Defendants were served with the FAC on February 23, 2021;

WHEREAS, Defendants' deadline to move or otherwise respond to the FAC is currently April 5, 2021;

WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with the Judicial Panel on Multidistrict Litigation ("Panel"), and included this action on the schedule of actions requested to be centralized;

WHEREAS, on February 9, 2021, the Panel accepted the Motion for filing as *In re January 2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing schedule;

WHEREAS, on March 1, 2021, Plaintiffs filed a response to the Motion, agreeing that the cases should be centralized into one multidistrict litigation;

WHEREAS, a hearing on the Motion is scheduled for March 25, 2021;

WHEREAS, the Parties want the action to proceed in an orderly and efficient manner;

WHEREAS, this is the first extension that has been requested and the Parties have not obtained any previous extensions;

WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the Parties have met and conferred and agreed to extend the deadline to move or otherwise respond to the operative Complaint to April 30, 2021, or, if the transfer motion is granted

before such date, until the date by which the transferee judge orders Defendants to move or otherwise respond to the operative Complaint, whichever is later;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and challenges to jurisdiction; and

WHEREAS, such a stipulated extension would be without prejudice to Plaintiff.

NOW THEREFORE, the Parties stipulate that:

1. Defendants' deadline to move or otherwise respond to the operative Complaint shall be extended to April 30, 2021, or, if the transfer motion is granted before such date, until the date by which the transferee judge orders Defendants to move or otherwise respond to the operative Complaint, whichever is later.

2. The Parties may stipulate to a further extension of time to move or otherwise respond to the operative Complaint in this action.

3. Nothing herein shall prevent Defendants from moving for additional time to move or otherwise respond to the operative Complaint.

| | | |
|---|---|---|
| Dated: March 10, 2021 | | By: */s/ C. Brandon Wisoff* |

C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:   bwisoff@fbm.com
Email:   emonekanderson@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:   aryan@cravath.com
Email:   korsini@cravath.com
Email:   bsukiennik@cravath.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*

Dated: March 10, 2021            By: */s/ Cherisse H. Cleofe*

Paul R. Kiesel, State Bar No. 119854
Jeffrey A. Koncius, State Bar No. 189803
Cherisse H. Cleofe, State Bar No. 290152
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:     310-854-4444
Fax:    310-854-0812
Email: kiesel@kiesel.law
Email: koncius@kiesel.law
Email: cleofe@kiesel.law

Richard C. Dalton, State Bar No. 268598
**RICHARD C. DALTON, LLC**
P.O. Box 358
Carencro, Louisiana 70520
Tel:     (337) 371-0375
Email: *rick@rickdaltonlaw.com*

*Counsel for Christian A. Dalton*

## ATTESTATION

I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated: March 10, 2021                    FARELLA BRAUN + MARTEL LLP

By:   /s/ C. Brandon Wisoff
          C. Brandon Wisoff

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*