| | |
|---|---|
| 1 | C. Brandon Wisoff (State Bar No. 121930) |
| | Eric D. Monek Anderson (State Bar No. 320934) |
| 2 | **Farella Braun + Martel LLP** |
| 3 | 235 Montgomery Street, 17th Floor |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 954-4400 |
| | Facsimile: (415) 954-4480 |
| 5 | Email: emonekanderson@fbm.com |
| | Email: bwisoff@fbm.com |
| 6 | |
| 7 | Antony L. Ryan (*pro hac vice* application forthcoming) |
| | Kevin J. Orsini (*pro hac vice* application forthcoming) |
| 8 | Brittany L. Sukiennik (*pro hac vice* application forthcoming) |
| | **Cravath, Swaine & Moore LLP** |
| 9 | New York, NY 10019 |
| | Telephone: (212) 474-1000 |
| 10 | Facsimile: (212) 474-3700 |
| 11 | Email: aryan@cravath.com |
| | Email: korsini@cravath.com |
| 12 | Email: bsukiennik@cravath.com |
| 13 | Attorneys for Defendants Robinhood |
| | Financial LLC, Robinhood Securities, |
| 14 | LLC, and Robinhood Markets, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTIAN A. DALTON, individually and on behalf of all others similarly situated, | Case No.: 4:21-cv-00697-HSG |
| Plaintiff, | |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES** |
| ROBINHOOD SECURITIES, LLC, a Delaware limited liability company; ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD MARKETS, INC., a Delaware corporation, | The Hon. Haywood S. Gilliam |
| Defendants. | |

Defendants Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC, by their attorneys, Farella Braun + Martel LLP and Cravath, Swaine & Moore LLP, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1. Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC are privately held companies.
2. Robinhood Markets, Inc. does not have a parent corporation.
3. Robinhood Financial LLC and Robinhood Securities, LLC are wholly-owned subsidiaries of Robinhood Markets, Inc.
4. No publicly held corporation owns 10% or more of the stock of Robinhood Markets, Inc.; Robinhood Financial LLC; or Robinhood Securities, LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, in addition to the parties in this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial or other interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Baiju Bhatt
2. Vladimir Tenev
3. Index Ventures

Dated:  March 11, 2021                      FARELLA BRAUN + MARTEL LLP

By: _____
         C. Brandon Wisoff

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, et al.